David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| NATHANIAL R. DAVIS<br>EMILY A. DAVIS,<br>   Debtor(s) | Bankruptcy No.09-28835<br>(Chapter 7)<br>Judge R. Kimball Mosier |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   \_\_\_ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Generations OB/GYN<br>1492 W. Antelope Dr. #206<br>Layton, UT 84041 | $4.95 |
| | Express Recovery Svcs<br>PO Box 26415<br>SLC, UT 84126 | $4.86 |



A check in the amount of $9.81 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of November, 2010

DAVID L. MILLER
Chapter 7 Trustee